# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHARLENE REED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-13-881-D |
| | ) |
| STATE OF OKLAHOMA, ex rel., | ) |
| OKLAHOMA DEPARTMENT OF | ) |
| HUMAN SERVICES and JACE | ) |
| THORESON, in his individual | ) |
| capacity, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

Pursuant to the Court's Order granting Defendants' Motions for Summary Judgment, judgment is hereby entered in favor of Defendants and against Plaintiff.

Entered this 19th day of July, 2016.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE